IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HIPPO HOLDINGS, INC. & <br> HIPPO ANALYTICS INC., <br><br> VS. <br><br> MARK K. MILLER | § <br> § <br> § <br> §   ACTION NO. 4:25-CV-396-Y <br> § <br> § |

## ORDER DENYING MOTION TO DISMISS

Before the Court is Plaintiff's amended complaint (doc. 23). Because that complaint is now Plaintiff's live pleading before the Court, Defendant's first motion to dismiss Plaintiff's original complaint (doc. 14) is **DENIED** as moot, but without prejudice.

SIGNED August 29, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE