IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HIPPO HOLDINGS, INC. & | § | |
| HIPPO ANALYTICS INC., | § | |
| | § | |
| VS. | § | ACTION NO. 4:25-CV-396-Y |
| | § | |
| MARK K. MILLER | § | |

## **ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

Before the Court is a joint motion to amend the Court's initial scheduling order (doc. 26). After review of the motion, the Court determines that it should be, and it is hereby, **GRANTED**.

Therefore, the pre-trial and discovery related deadlines are AMENDED as follows:

> All fact discovery shall cease on **March 16, 2026.**
> All expert discovery shall cease on **May 29, 2026.**
> The parties must file all pretrial and dispositive motions, except motions in limine, no later than **June 15, 2026.**
> Any party's affirmative expert witness disclosures are due **March 30, 2026.** Any party's rebuttal expert witness disclosures are due **April 20, 2026.** Motions challenging expert designations must be filed by the deadline for pretrial motions: **June 15, 2026.**

All other deadlines and provisions contained in the Initial Scheduling Order (doc. 21) remain unchanged.

SIGNED September 23, 2025.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE