```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF TEXAS
                         FORT WORTH DIVISION

HIPPO HOLDINGS, INC. AND       §
HIPPO ANALYTICS INC.           §
                               §
v.                             §   Action No. 4:25-cv-396-Y
                               §
MARK K. MILLER                 §
```

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

Before the Court is the parties' Joint Motion to Amend Scheduling Order (doc. 42). Having considered the motion, the Court finds that it should be, and it is hereby, GRANTED. The Initial Scheduling Order (doc. 21) entered on July 31, 2025, is AMENDED as follows:

1. The deadline for the conclusion of all fact discovery is moved from March 16 to **August 17, 2026.**

2. The deadline for the parties to make disclosures required by subparagraphs (A) through (C) of Rule 26(a)(2) for affirmative expert witnesses is moved from March 30 to **August 31, 2026.**

3. The deadline for the parties to have a formal settlement conference is moved from April 17 to **September 17, 2026.** Accordingly, the deadline for the parties to submit a written report following the settlement conference is moved to seven (7) days after the settlement conference or **September 24, 2026,** whichever comes first.

4. The deadline for the parties to make disclosures required by subparagraphs (A) through (C) of Rule 26(a)(2) for rebuttal expert witnesses is moved from April 20 to **September 21, 2026.**

5. The deadline for the conclusion of all expert discovery is moved from May 29 to **October 29, 2026.**

6. The deadline to file pretrial and dispositive motions, including motions to exclude expert testimony but excluding motions in limine, is moved from June 15 to **November 16, 2026.**

7. The deadline for the parties to agree on a mediator and mediation date is moved from February 13 to **March 13, 2026.** The mediation deadline is accordingly moved from the end of March to **April 30, 2026.**

8. Except as set forth above, all other deadlines and provisions contained in the initial scheduling order, as modified by the order signed on September 23, 2025, (doc. 32), remain unchanged.

SIGNED February 6, 2026.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE